AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Drain, Robert D. | 2. Court or Organization<br><br>Southern District of New York | 3. Date of Report<br><br>05/09/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

United States Bankruptcy Court, S.D.N.Y.
300 Quarropas St.
White Plains, New York 10601

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American College of Bankruptcy | 1/23/2015-1/25/2015 | Sarasota, FL | Speaker at bankruptcy law conference | Airfare, hotel, food, other transportation |
| 2. | American College of Bankruptcy | 2/13/2015-2/14/2015 | Washington, D.C. | Speaker at bankruptcy law conference | Auto mileage, food |
| 3. | American Bankruptcy Institute/University of Texas Law School | 2/25/2015-2/27-2015 | Las Vegas, NV | Speaker at bankruptcy law conference | Airfare, hotel, food, other transportation |
| 4. | American Bankruptcy Institute | 4/16/2015-4/27/2015 | Washington, D.C. | Speaker at bankruptcy law conference | Auto mileage, food |
| 5. | National Bankruptcy Conference | 5/28/2015-5/29/2015 | Washington, D.C. | Speaker at bankruptcy legislation conference | Auto mileage, food |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Drain, Robert D. | 05/09/2016 |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 6. | Association of Insolvency & Restructuring Advisors | 6/3/2015-6/5/2015 | Philadelphia, PA | Speaker at bankruptcy law conference | Auto mileage, hotel, food |
| 7. | Hudson Valley Bankruptcy Bar Association | 9/24/2015-9/25/2015 | Hyde Park, NY | Speaker at bankrputcy law conference | Auto mleage, hotel, food, honorarium |
| 8. | National Conference of Bankruptcy Judges | 9/27/2-15-9/29/2015 | Miami, FL | Speaker at bankrutcy law conference | Airfare, hotel, food, other transportation |
| 9. | American Bankruptcy Institute/Georgetown Law School | 10/8/2015-10/9/2015 | Washington, DC | Speaker at bankruptcy law views from the bench conference | Auto mileage, food |
| 10. | Capital Region and Central New York Bankruptcy Bar | 10/23/2015-10/24/2015 | Cooperstown, NY | Speaker at bankruptcy law conference | Auto mileage, hotel, food |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Drain, Robert D. | 05/09/2016 |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 05/09/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 05/09/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank Accont | A | Interest | K | T | | | | | |
| 2. Acess Financial Account #1 | B | Int./Div. | K | T | | | | | |
| 3. FifthThird Bancorp common | A | Dividend | J | T | | | | | |
| 4. US Trust Managed Common Account (no control) | F | Int./Div. | P1 | T | | | | | |
| 5. -Alexion Pharmaceuticals | | | | | Sold (part) | 02/25/15 | J | B | |
| 6. -Alphabet Inc. Com (formerly Google) | | | | | | | | | |
| 7. -Amazon | | | | | | | | | |
| 8. -American Express | | | | | Sold (part) | 07/20/15 | J | | |
| 9. | | | | | Sold | 07/21/15 | J | A | |
| 10. -Apple | | | | | Sold (part) | 07/06/15 | J | A | |
| 11. -Aston Montag & Caldwall Grwth Fnd Cl 1 | | | | | | | | | |
| 12. -Autozone | | | | | | | | | |
| 13. -BB&T Corp. | | | | | Buy | 07/20/15 | J | | |
| 14. | | | | | Buy (add'l) | 07/21/15 | J | | |
| 15. -Berkshire Hathaway Cl B | | | | | Buy (add'l) | 08/12/15 | J | | |
| 16. -Cerner | | | | | | | | | |
| 17. -Chipotle | | | | | Buy (add'l) | 06/26/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 05/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Col. Dividend Income FD Cl. Z | | | | | | | | | |
| 19. -Col. Select Large Cap Growth FD Cl. Z | | | | | Redeemed (part) | 10/06/15 | J | C | |
| 20. -Comcast Corp. | | | | | | | | | |
| 21. -Costco Whlsl | | | | | | | | | |
| 22. -Danaher | | | | | | | | | |
| 23. -Disney Walt Co. | | | | | Buy | 08/10/15 | J | | |
| 24. | | | | | Buy (add'l) | 08/25/15 | J | | |
| 25. -EMC | | | | | | | | | |
| 26. -EOG Res. Inc. | | | | | Buy | 02/12/15 | J | | |
| 27. | | | | | Buy (add'l) | 07/06/15 | J | | |
| 28. | | | | | Sold | 12/22/15 | J | | |
| 29. -Exxon Mobil | | | | | Sold (part) | 07/01/15 | J | B | |
| 30. -Facebook | | | | | Sold (part) | 07/06/15 | J | | |
| 31. | | | | | Buy (add'l) | 08/26/15 | J | | |
| 32. -Gilead | | | | | Sold (part) | 03/04/15 | J | C | |
| 33. -Google (now Alphabet Inc.) | | | | | Buy (add'l) | 04/01/15 | J | | |
| 34. | | | | | Sold (part) | 07/06/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 7 of 25

**Name of Person Reporting**

Drain, Robert D.

**Date of Report**

05/09/2016

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Merged (with line 6) | 10/02/15 | K | | |
| 36. -Hershey | | | | | | | | | |
| 37. -Home Depot | | | | | Sold (part) | 08/25/15 | J | A | |
| 38. -IShares Russell 1000 Growth | | | | | Buy | 12/22/15 | K | | |
| 39. -Johnson & Johnson | | | | | | | | | |
| 40. -Kraft Foods | | | | | Merged (with line 41) | 07/27/15 | K | C | |
| 41. -Kraft Heinz (formerly Kraft Foods) | | | | | | | | | |
| 42. -Las Vegas Sands | | | | | | | | | |
| 43. -Lauder Estee Cos. Inc. Cl A | | | | | Buy | 01/15/15 | J | | |
| 44. | | | | | Buy (add'l) | 01/16/15 | J | | |
| 45. -Mastercard | | | | | | | | | |
| 46. -McKesson | | | | | Sold (part) | 07/06/15 | J | A | |
| 47. -MFS Value FD Cl 1 | | | | | | | | | |
| 48. -Microsoft Corp. | | | | | | | | | |
| 49. -Mondelez Intl | | | | | | | | | |
| 50. -Monsanto New Com. | | | | | | | | | |
| 51. -Morgan Stanley | | | | | Sold (part) | 07/06/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 05/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -National Oilwell Varco | | | | | Sold | 12/11/15 | J | B | |
| 53. -Priceline | | | | | Sold (part) | 07/06/15 | J | A | |
| 54. -Regeneron Pharma | | | | | Sold (part) | 02/25/15 | J | A | |
| 55. | | | | | Sold (part) | 08/26/15 | J | A | |
| 56. | | | | | Sold (part) | 10/01/15 | J | A | |
| 57. | | | | | Sold (part) | 10/02/15 | J | A | |
| 58. | | | | | Sold (part) | 12/07/15 | J | B | |
| 59. -Salesforce Com. Inc. | | | | | | | | | |
| 60. -SPDR S&P Dividend ETF | | | | | | | | | |
| 61. -Starbucks | | | | | | | | | |
| 62. -Target | | | | | | | | | |
| 63. -TCW Select Equities FD Cl 1 | | | | | | | | | |
| 64. -Tesla Motors | | | | | | | | | |
| 65. -TJX Cos. | | | | | Sold (part) | 08/25/15 | J | A | |
| 66. -3M Co. | | | | | Sold | 08/10/15 | J | A | |
| 67. -Union Pacific | | | | | Sold (part) | 08/10/15 | J | | |
| 68. | | | | | Sold (part) | 12/22/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Drain, Robert D. | 05/09/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 12/23/15 | J | | |
| 70. -Verizon Com. | | | | | | | | | |
| 71. -Zoetis Inc. | | | | | | | | | |
| 72. -Amphenol | | | | | | | | | |
| 73. -Church & Dwight | | | | | | | | | |
| 74. -Fireeye | | | | | Sold (part) | 07/06/15 | J | A | |
| 75. | | | | | Sold (part) | 12/18/15 | J | | |
| 76. | | | | | Sold (part) | 12/21/15 | J | | |
| 77. -FMC Technologies Inc. | | | | | Sold (part) | 10/07/15 | J | | |
| 78. | | | | | Sold | 10/08/15 | J | | |
| 79. -Hunt JB Trans. | | | | | | | | | |
| 80. -Intl Flavors & Fragrances | | | | | Sold (part) | 06/26/15 | J | A | |
| 81. | | | | | Sold (part) | 06/29/15 | J | A | |
| 82. | | | | | Sold (part) | 06/30/15 | J | A | |
| 83. | | | | | Sold (part) | 07/01/15 | J | A | |
| 84. | | | | | Sold | 07/02/15 | J | A | |
| 85. -Lazard Ltd. | | | | | Buy | 02/25/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 05/09/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 02/26/15 | J | | |
| 87. | | | | | Buy (add'l) | 02/27/15 | J | | |
| 88. | | | | | Buy (add'l) | 04/22/15 | J | | |
| 89. | | | | | Buy (add'l) | 04/23/15 | J | | |
| 90. | | | | | Buy (add'l) | 04/24/15 | J | | |
| 91. | | | | | Buy (add'l) | 12/07/15 | J | | |
| 92.   -Now Inc. | | | | | Sold | 10/08/15 | J | A | |
| 93.   -Polaris Inds. | | | | | Sold | 12/22/15 | J | | |
| 94.   -Quanta Svcs Inc. | | | | | Buy | 07/01/15 | J | | |
| 95. | | | | | Buy (add'l) | 07/02/15 | J | | |
| 96. | | | | | Buy (add'l) | 07/06/15 | J | | |
| 97. | | | | | Buy (add'l) | 07/07/15 | J | | |
| 98. | | | | | Buy (add'l) | 12/07/15 | J | | |
| 99. | | | | | Buy (add'l) | 12/08/15 | J | | |
| 100.   -Renaissance Hldgs. | | | | | | | | | |
| 101.   -Rockwell Automation | | | | | Sold (part) | 11/20/15 | J | | |
| 102. | | | | | Sold (part) | 11/23/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 05/09/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 11/27/15 | J | | |
| 104. | | | | | Sold (part) | 11/30/15 | J | | |
| 105. | | | | | Sold | 12/01/15 | J | A | |
| 106. -Stericycle | | | | | Buy | 03/04/15 | J | | |
| 107. | | | | | Buy (add'l) | 03/05/15 | J | | |
| 108. | | | | | Buy (add'l) | 03/06/15 | J | | |
| 109. | | | | | Buy (add'l) | 03/09/15 | J | | |
| 110. | | | | | Buy (add'l) | 03/11/15 | J | | |
| 111. | | | | | Buy (add'l) | 03/12/15 | J | | |
| 112. | | | | | Buy (add'l) | 03/13/15 | J | | |
| 113. | | | | | Sold (part) | 12/18/15 | J | | |
| 114. | | | | | Sold (part) | 12/21/15 | J | | |
| 115. | | | | | Sold | 12/22/15 | J | | |
| 116. -United Rentals Inc. | | | | | Sold (part) | 03/04/15 | J | | |
| 117. | | | | | Sold (part) | 03/05/15 | J | A | |
| 118. | | | | | Sold | 03/06/15 | J | A | |
| 119. -Vanguard Mid-Cap ETF | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 12 of 25

**Name of Person Reporting**

Drain, Robert D.

**Date of Report**

05/09/2016

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -Dynavax Techonogies | | | | | Buy | 09/30/15 | J | | |
| 121. | | | | | Buy (add'l) | 10/01/15 | J | | |
| 122. | | | | | Buy (add'l) | 10/02/15 | J | | |
| 123. | | | | | Buy (add'l) | 10/05/15 | J | | |
| 124. | | | | | Buy (add'l) | 10/06/15 | J | | |
| 125. | | | | | Buy (add'l) | 10/07/15 | J | | |
| 126. | | | | | Buy (add'l) | 11/04/15 | J | | |
| 127. | | | | | Buy (add'l) | 11/05/15 | J | | |
| 128. | | | | | Buy (add'l) | 11/06/15 | J | | |
| 129. | | | | | Buy (add'l) | 11/09/15 | J | | |
| 130. | | | | | Buy (add'l) | 11/10/15 | J | | |
| 131. | | | | | Buy (add'l) | 11/11/15 | J | | |
| 132. | | | | | Buy (add'l) | 11/12/15 | J | | |
| 133. | | | | | Buy (add'l) | 11/13/15 | J | | |
| 134. | | | | | Buy (add'l) | 11/16/15 | J | | |
| 135.  -Enstar Grp. Ltd. | | | | | Sold (part) | 03/12/15 | J | A | |
| 136. | | | | | Sold (part) | 03/16/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 05/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 03/17/15 | J | A | |
| 138. | | | | | Sold (part) | 03/18/15 | J | A | |
| 139. | | | | | Sold (part) | 03/19/15 | J | A | |
| 140.  -Hexcel Corp. | | | | | | | | | |
| 141.  -Ship Fin. Intl Ltd. | | | | | Sold (part) | 01/02/15 | J | | |
| 142. | | | | | Sold (part) | 01/05/15 | J | | |
| 143. | | | | | Sold | 01/06/15 | J | | |
| 144.  -Actelion Ltd | | | | | Sold (part) | 08/26/15 | J | B | |
| 145. | | | | | Sold (part) | 12/07/15 | J | B | |
| 146.  -Allergan PLC | | | | | Buy | 03/04/15 | J | | |
| 147. | | | | | Buy (add'l) | 12/23/15 | J | | |
| 148.  -Alibaba | | | | | Buy (add'l) | 04/01/15 | J | | |
| 149. | | | | | Buy (add'l) | 04/02/15 | J | | |
| 150. | | | | | Buy (add'l) | 04/22/15 | J | | |
| 151. | | | | | Buy (add'l) | 08/26/15 | J | | |
| 152. | | | | | Buy (add'l) | 11/18/15 | J | | |
| 153. | | | | | Sold (part) | 12/29/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 05/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  -Anhesuer Busch Inbev | | | | | Buy (add'l) | 06/26/15 | J | | |
| 155. | | | | | Buy (add'l) | 06/29/15 | J | | |
| 156.  -Brilliance China Automotive | | | | | Sold (part) | 06/11/15 | J | | |
| 157. | | | | | Sold (part) | 06/12/15 | J | | |
| 158. | | | | | Sold (part) | 06/15/15 | J | | |
| 159. | | | | | Sold | 06/16/15 | J | A | |
| 160.  -Compagnie Financiere Richemont | | | | | Sold (part) | 04/01/15 | J | | |
| 161. | | | | | Sold | 04/02/15 | J | | |
| 162.  -Core Labs | | | | | | | | | |
| 163.  -Dassault Systems | | | | | | | | | |
| 164.  -Fanuc Corp. | | | | | Buy (add'l) | 04/23/15 | J | | |
| 165. | | | | | Buy (add'l) | 12/08/15 | J | | |
| 166.  -Givaudan AG | | | | | Sold | 06/26/15 | J | B | |
| 167.  -Hitachi | | | | | | | | | |
| 168.  -Icici Bank Ltd. ADR | | | | | Buy | 06/26/15 | J | | |
| 169. | | | | | Buy (add'l) | 06/29/15 | J | | |
| 170. | | | | | Buy (add'l) | 06/30/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 05/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 11/25/15 | J | | |
| 172. | | | | | Buy (add'l) | 11/27/15 | J | | |
| 173. | | | | | Buy (add'l) | 11/30/15 | J | | |
| 174.   -Jardine Strat. Hldgs. Ltd. | | | | | Sold (part) | 02/06/15 | J | | |
| 175. | | | | | Sold (part) | 02/09/15 | J | | |
| 176. | | | | | Sold (part) | 02/10/15 | J | | |
| 177. | | | | | Sold (part) | 02/11/15 | J | | |
| 178. | | | | | Sold (part) | 02/12/15 | J | | |
| 179. | | | | | Sold (part) | 02/13/15 | J | | |
| 180. | | | | | Sold (part) | 02/17/15 | J | | |
| 181. | | | | | Sold (part) | 02/23/15 | J | | |
| 182. | | | | | Sold (part) | 02/25/15 | J | | |
| 183. | | | | | Sold (part) | 02/26/15 | J | | |
| 184. | | | | | Sold (part) | 03/13/15 | J | | |
| 185. | | | | | Sold (part) | 03/26/15 | J | | |
| 186. | | | | | Sold (part) | 03/27/15 | J | | |
| 187. | | | | | Sold (part) | 03/30/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

**FINANCIAL DISCLOSURE REPORT**

Page 16 of 25

Name of Person Reporting

Drain, Robert D.

Date of Report

05/09/2016

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. | | | | | Sold (part) | 08/14/15 | J | | |
| 189. | | | | | Sold (part) | 08/17/15 | J | | |
| 190. | | | | | Sold (part) | 08/18/15 | J | | |
| 191. | | | | | Sold (part) | 08/19/15 | J | | |
| 192. | | | | | Sold | 08/24/15 | J | | |
| 193. | | | | | Sold (part) | 08/25/15 | J | | |
| 194. | | | | | Sold (part) | 08/26/15 | J | | |
| 195. | | | | | Sold (part) | 08/27/15 | J | | |
| 196. | | | | | Sold (part) | 08/28/15 | J | | |
| 197. | | | | | Sold (part) | 08/31/15 | J | | |
| 198. | | | | | Sold | 09/01/15 | J | | |
| 199. -JD.Com Inc. ADR | | | | | Buy (add'l) | 11/18/15 | J | | |
| 200. -Keyence Corp. | | | | | | | | | |
| 201. -Kuka AG | | | | | Sold (part) | 02/25/15 | J | A | |
| 202. | | | | | Sold (part) | 02/26/15 | J | B | |
| 203. -LyondellBasell | | | | | | | | | |
| 204. -Mobileye NV | | | | | Buy | 09/30/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 05/09/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy (add'l) | 10/01/15 | J | | |
| 206. | | | | | Buy (add'l) | 10/02/15 | J | | |
| 207. | | | | | Buy (add'l) | 10/07/15 | J | | |
| 208. | | | | | Buy (add'l) | 10/08/15 | J | | |
| 209. | | | | | Buy (add'l) | 11/25/15 | J | | |
| 210. | | | | | Buy (add'l) | 12/07/15 | J | | |
| 211. | | | | | Buy (add'l) | 12/08/15 | J | | |
| 212.   -Nidec Corp. | | | | | | | | | |
| 213.   -Noble Grp. Ltd. | | | | | Sold (part) | 04/23/15 | J | | |
| 214. | | | | | Sold (part) | 04/24/15 | J | | |
| 215. | | | | | Sold (part) | 04/28/15 | J | | |
| 216. | | | | | Sold (part) | 04/29/15 | J | | |
| 217. | | | | | Sold | 04/30/15 | J | | |
| 218.   -Novo-Nordisk ADR | | | | | Sold (part) | 02/25/15 | J | A | |
| 219. | | | | | Sold (part) | 08/26/15 | J | A | |
| 220. | | | | | Sold (part) | 08/27/15 | J | A | |
| 221.   -Novozymes | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Drain, Robert D. | 05/09/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -NXP Semiconductors | | | | | Buy (add'l) | 04/22/15 | J | | |
| 223. -Onex | | | | | | | | | |
| 224. -Roch Hldgs | | | | | | | | | |
| 225. -Rolls Royce Hldgs | | | | | Sold | 01/08/15 | J | A | |
| 226. -Salvatore Farragamo Italia | | | | | Buy (add'l) | 03/05/15 | J | | |
| 227. | | | | | Buy (add'l) | 02/06/15 | J | | |
| 228. | | | | | Sold (part) | 11/18/15 | J | | |
| 229. | | | | | Sold (part) | 11/19/15 | J | | |
| 230. | | | | | Sold (part) | 11/20/15 | J | | |
| 231. | | | | | Sold | 11/23/15 | J | | |
| 232. -Softbank | | | | | | | | | |
| 233. -Tencent Hldgs Ltd. | | | | | Buy | 12/15/15 | J | | |
| 234. -Valeant Pharmaceuticals Intl. | | | | | Sold (part) | 02/25/15 | J | A | |
| 235. | | | | | Sold (part) | 08/25/15 | J | | |
| 236. | | | | | Sold (part) | 09/30/15 | J | A | |
| 237. | | | | | Sold (part) | 10/01/15 | J | A | |
| 238. | | | | | Sold (part) | 10/02/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 05/09/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Sold (part) | 10/26/15 | J | B | |
| 240. -Wynn Macau Ltd. | | | | | Sold (part) | 07/02/15 | J | | |
| 241. | | | | | Sold | 07/03/15 | J | | |
| 242. -NY NY Go Ref BDS | | | | | | | | | |
| 243. -Babylon NY Pub Impt BDS | | | | | | | | | |
| 244. -North Hempstead NY Pub Impt BDS | | | | | | | | | |
| 245. -Port Auth NY & NJ CONS BDS OID 2012 | | | | | | | | | |
| 246. -NY St. Dorm Auth Pers BDS 2022 | | | | | | | | | |
| 247. -BofA Tax Exempt Reserves | | | | | Distributed (part) | 07/14/15 | K | | |
| 248. | | | | | Distributed (part) | 10/05/15 | J | | |
| 249. | | | | | Distributed (part) | 10/06/15 | J | | |
| 250. US Trust managed IRA Rollover Account (no control) | E | Int./Div. | P1 | T | | | | | |
| 251. -BofA Money Market Savings | | | | | | | | | |
| 252. -Col. Dividend Income Fd | | | | | Redeemed | 03/02/15 | K | D | |
| 253. -Col. Select Large Cap Growth Fd Cl Z | | | | | | | | | |
| 254. -IShares Core S&P 500 ETF | | | | | Buy | 03/04/15 | M | | |
| 255. | | | | | Buy (add'l) | 05/06/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. -MFS Value Fd Cl 1 | | | | | Redeemed | 03/02/15 | K | C | |
| 257. -Oakmark Select Fd Cl 1 | | | | | Buy | 03/02/15 | K | | |
| 258. -TCW Select Equities Fd | | | | | Redeemed | 03/02/15 | L | D | |
| 259. -Baird Midcap Fd | | | | | Redeemed (part) | 04/01/15 | J | A | |
| 260. | | | | | Redeemed | 10/01/15 | J | | |
| 261. -Ishares Core S&P Mid Cap ETF | | | | | Redeemed (part) | 10/05/15 | K | | |
| 262. -IShares Russell Mid Cap ETF | | | | | Buy | 10/05/15 | K | | |
| 263. -Ridgeworth Mid Cap Vlaue Equity Fd | | | | | Buy (add'l) | 03/02/15 | J | | |
| 264. | | | | | Redeemed (part) | 04/01/15 | J | | |
| 265. | | | | | Redeemed | 10/01/15 | J | | |
| 266. -MFS Mid Cap Value Fd Cl 1 | | | | | Buy | 10/01/15 | J | | |
| 267. -IShares Russell 2000 ETF | | | | | Buy (add'l) | 10/05/15 | J | | |
| 268. -Touchstone Small Cap Growth Fd | | | | | | | | | |
| 269. -Undiscovered Managers Behaviorial Value Fd | | | | | Redeemed | 10/05/15 | J | | |
| 270. -DB X-Trackers MSCI EAFE Hedged Equity Fd | | | | | Buy | 03/04/15 | J | | |
| 271. | | | | | Redeemed (part) | 04/06/15 | J | A | |
| 272. | | | | | Buy (add'l) | 10/01/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 05/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. -Invesco Intl Growth Fd | | | | | Redeemed (part) | 10/01/15 | K | | |
| 274. -IShares Core MSCI EAFE ETF | | | | | Buy | 10/05/15 | K | | |
| 275. -JP Morgan Intl Value Fd | | | | | Redeemed | 10/01/15 | K | | |
| 276. -Vanguard FTSE Developed Mkts ETF | | | | | Redeemed (part) | 03/04/15 | L | | |
| 277. | | | | | Redeemed | 04/01/15 | J | A | |
| 278. -Wisdomtree Europe Hedged Equity Fd | | | | | Buy | 04/06/15 | J | | |
| 279. | | | | | Buy (add'l) | 10/05/15 | J | | |
| 280. -Walmart Stores Sr. Nt | | | | | Sold | 04/01/15 | K | | |
| 281. -Schroder Emerging Market Equity Fd | | | | | Buy | 06/01/15 | K | | |
| 282. | | | | | Buy | 10/01/15 | J | | |
| 283. -Bank of NY Med Term Sr. Nt. | | | | | Matured | 06/18/15 | K | | |
| 284. -Berkshire Hathaway Fin Corp Gtd Sr Nt. | | | | | | | | | |
| 285. -Citigroup Inc Unsecd Sr. Nt | | | | | Buy | 07/24/15 | K | | |
| 286. -JPMorgan Chase Sr Unsecd Nt | | | | | Buy | 04/20/15 | K | | |
| 287. -Walmart Stores Sr. Unsecd Nt | | | | | Buy | 07/24/15 | K | | |
| 288. -Col. Income Opp. Fd Cl Z | | | | | Buy (add'l) | 07/22/15 | K | | |
| 289. -CMG Ultra Short Term Bond Fd | | | | | Buy | 07/22/15 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 05/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 290. -Fidelity Advisor Floating Rt. High Income Fd | | | | | Redeemed | 06/30/15 | J | | |
| 291. -Col. Emerging Markets Fd | | | | | Redeemed (part) | 04/01/15 | J | A | |
| 292. | | | | | Redeemed | 06/01/15 | K | B | |
| 293. -Goldman Sachs Absolute Return Tracker Fd | | | | | Buy (add'l) | 03/02/15 | J | | |
| 294. | | | | | Redeemed (part) | 10/01/15 | J | | |
| 295. -Goldman Sachs Strategic Income Fd | | | | | Buy (add'l) | 03/02/15 | J | | |
| 296. | | | | | Redeemed (part) | 10/01/15 | J | | |
| 297. -Hatteras Alpha Hedged Strategies Fd | | | | | Buy (add'l) | 03/02/15 | J | | |
| 298. | | | | | Redeemed (part) | 10/01/15 | J | | |
| 299. -Prudential Global Real Estate Fd Cl Z | | | | | Redeemed (part) | 03/02/15 | K | C | |
| 300. -Vanguard REIT ETF | | | | | Buy | 03/04/15 | K | | |
| 301. | | | | | Redeemed (part) | 04/06/15 | J | A | |
| 302. | | | | | Buy (add'l) | 06/03/15 | J | | |
| 303. | | | | | Redeemed (part) | 10/05/15 | J | | |
| 304. -Credit Suisse Commodity-Return Fd | | | | | Buy (add'l) | 03/02/15 | J | | |
| 305. | | | | | Buy (add'l) | 10/01/15 | J | | |
| 306. Fifth Third Bancorp common | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. US Trust IRA (no control) | D | Int./Div. | N | T | | | | | |
| 308. –BofA Money Market | | | | | Sold (part) | 07/31/15 | L | | |
| 309. –SPDR S&P Div. ETF | | | | | | | | | |
| 310. –SPDR S&P 500 ETF | | | | | | | | | |
| 311. –Vanguard Mid-Cap ETF | | | | | | | | | |
| 312. –Vanguard Small-Cap ETF | | | | | | | | | |
| 313. –US Treas Strips | | | | | | | | | |
| 314. –Col. Select Large Cap Growth Fd Cl. Z | | | | | | | | | |
| 315. –CMG Ultra Short Term Bond Fd | | | | | Buy | 07/22/15 | K | | |
| 316. NYS 529 savings program #1-Moderate Age-Based Option Income Portfolio | B | Int./Div. | K | T | Distributed (part) | 01/05/15 | K | | |
| 317. NYS 529 savings program #2-Moderate Age-Based Option Income Portfolio | C | Int./Div. | L | T | Distributed (part) | 12/14/15 | J | | |
| 318. NYS 529 savings program #3-Moderate Age-Based Option Income Portfolio | C | Int./Div. | L | T | Distributed (part) | 06/19/15 | K | | |
| 319. | | | | | Distributed (part) | 09/16/15 | K | | |
| 320. | | | | | Distributed (part) | 12/14/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 05/09/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Part VII, line 3 of my Financial Disclosure Report for 2014 listed Access Financial Account #3. We did not treat the owner of this account in 2015 as a dependent; therefore, it does not appear in my current Financial Disclosure Report.

2. Part VII, line 4 of my Financial Disclosure Report for 2014 incorrectly listed Access Financial Account #3 as "redeemed (part)" on 12/10/14; in fact it should have been listed as "redeemed" and I am accordingly amending my 2014 Financial Disclosure Report to reflect such change. This is why Access Financial Account #3 does not appear on my current Financial Disclosure Report.

3. Part VII, lines 5-250, columns B and C. The U.S. Trust-managed account described on line 5 is held and managed by U.S. Trust as a fiduciary for my wife and me. It is not a personal brokerage or financial management account. We have no discretion with respect to any of the individual assets in the account, which are listed in lines 6-250. Instead, U.S. Trust makes each investment, buy or sell decision with respect to the individual assets in the account. We are able to increase or decrease the aggregage investment in the account (in addition to periodically being able to change risk categories). I therefore reported the asets in the account in accordance with the method for reporting trust assets in the filing instructions.

4. Part VII. Part VII, line 20 in my Financial Disclosure Report for 2014 incorrectly listed Anadarko Petroleum as "sold (part)" on 12/15/2014. in fact, it should have been listed as "sale" and I am accordingly amending my 2014 Financial Disclosure Report to reflect such change. This is why Anadarko Petroleum does not appear on my current Financial Disclosure Report.

5. Part VII, lines 251-305, columns B and C. The U.S. Trust-managed account descred on line 251 is held and managed by U.S. Trust as a fiduciary for me. It is not a personal brokerage or financial management account. I have no discretion with respect to any of the individual assets in the account, which are listed in lines 252-305. Instead, U.S. Trust makes each investment buy or sell decision with respect to the individual assets in the account. I am able to increase or decrease the aggregate investment in the account (in addition to periodically being able to change risk categories). I therefore reported the assets in the account in accordance with the method for reporting trust assets in the filing instructions.

6. Part VII, lines 307-315, columns B and C. The U.S. Trust-managed account described on line 307 is held and managed by U.S. Trust as a fiduciary for my wife. It is not a personal brokerage or financial management account. My wife has no discretion with respect to any of the individual assets in the account, which are listed in lines 308-315. Instead, U.S. Trust makes each investment buy or sell decision with respect to the individual assets in teh account. My wife is able to increase or decrease the aggregate investment in teh account (in addition to periodically being able to change risk categories). I therefore reported the assets in teh account in accordance with the method for reporting trust assets in the filing instructions.

7. Part VII, line 314. In my Financial Disclosure Report for 2014, inadvertently omitted this asset of the managed account described in line 307. I am accordingly amending my 2014 Financial Disclosure Report to reflect such asset.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert D. Drain**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544